IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALEXANDRA JONES, JR.** **PLAINTIFF**

V. CAUSE NO. 3:20-CV-24-CWR-FKB

**UNITED STATES OF AMERICA** **DEFENDANT**

## ORDER

Before the Court are the government's motion to dismiss or, in the alternative, motion for summary judgment; the Magistrate Judge's Report and Recommendation (R&R) on that motion; and the United States' objection to the R&R.

On review, the Court concludes that the United States' objection is not well-taken and should be denied. The R&R is, therefore, adopted as this Court's own order, and the government's dispositive motion is granted in part and denied in part.

This case shall be placed on the non-urgent trial calendar.

**SO ORDERED**, this the 1st day of March, 2021.

                                              s/ Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE