IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALEXANDRA JONES, JR.**                                                             **PLAINTIFF**

V.                                   **CAUSE NO. 3:20-CV-24-CWR-FKB**

**UNITED STATES OF AMERICA**                                       **DEFENDANT**

## **ORDER**

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on January 23, 2023. Docket No. 71. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*. at 4.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the motion for summary judgment is denied.

**SO ORDERED**, this the 10th day of February, 2023.

                                                    s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE